**AFFIDAVIT**

I, Michael Valentine, being duly sworn, do hereby depose and state that:

1. I am a Deputy United States Marshal. I have served in this capacity since April 2010, and have been in law enforcement since January 1996. I am currently assigned to the Western District of Missouri, Kansas City, Missouri field office. My daily assignment is in the warrants section assigned to the Career Criminal Unit. While employed with the United States Marshals Service, I have conducted criminal investigations involving violations of Title 18, United States Code, Section 751, for escape and attempted escape.

2. On September 20, 2010, Albert PERKINS was sentenced in the United States District Court of Western Missouri in case 09-00167-01-CR-W-NKW to the custody of the Bureau of Prisons for one-hundred twenty (120) months in the Western District of Missouri for Bank Robbery, with 3 years of supervised release to follow his custody. On January 24, 2017, PERKINS was designated to serve a portion of his sentence at the Heartland Residential Re-Entry Center (RRC), a half-way house located at 1514 Campbell St., Kansas City, MO 64108. PERKINS' scheduled release date from the RRC was on January 22, 2018.

3. On February 15, 2017, at approximately 0130 hours, the U.S. Marshals Service was contacted via phone by Melissa Acevedo, Community Corrections Manager for the Bureau of Prisons (BOP), who informed the USMS of the escape of Albert V. PERKINS. Acevedo informed USMS personnel that PERKINS was present for the 15:23 head count and 19:30 head count. At 0001 hours, PERKINS could not be located. Acevedo reported PERKINS was not given any passes for leave from the Residential Re-Entry Center (RRC) and has been considered an escapee.

4. On February 15, 2017, Deputy United States Marshal Michael Valentine was assigned as case agent for the apprehension of PERKINS. DUSM Valentine went to the RRC Halfway house and obtained copies, signed by PERKINS, of his RRC orientation to client handbook. This handbook includes portions of an accountability sheet that states exactly what is required of every client. The last paragraph of this accountability sheet specifically states, "If you fail to abide by these rules, you may be considered for negative termination from the program and possible prosecution for Escape." Signed copies by PERKINS outlining his sentence dates at the RRC from January 24, 2017, to January 22, 2018 at the RRC Halfway house were also obtained.

5. On February 15, 2017, DUSM Valentine requested copies, signed by PERKINS, from Drake Jackson of the Bureau of Prisons, of the Community Based Program Agreement form #BP-S0434.073 and form BP-A0210 Institutional referral for RRC Placement. These forms outline the rules PERKINS is expected to follow and the consequences for program failure.

6. On February 15, 2017 at 1400 hours, DUSM Valentine contacted those family members who had visited PERKINS while he was in the RRC. Throughout these phone conversations, several family members were advised of PERKINS' escape and requested their assistance in locating PERKINS. Further efforts by DUSM Valentine were to no avail. One phone number was contacted, 816-444-7618, which was the phone number PERKINS listed as an emergency contact. The phone went straight to a busy signal, indicating the phone had been turned off.

7. On February 15, 2017 at 1445 hours, DUSM Valentine and SDUSM Stokes responded to Auther Bryant's BBQ, 1721 Brooklyn, Kansas City, Missouri, which was the employer listed for PERKINS. DUSM Valentine spoke with the owner, Jerry Rauschelba. Jerry advised PERKINS showed up at the restaurant on February 15, 2017 at approximately 0600 hours, which is out of the norm for PERKINS to work. Jerry advised he was aware PERKINS was currently residing in the RRC and knew something was not right. He told PERKINS to leave and call back later to get his final check. Jerry advised PERKINS continued with the requests for his final check and Jerry advised he phoned the police to get PERKINS to leave the area. Jerry advised PERKINS left the area but phoned him several times before the restaurant opened for business. Jerry advised on February 15, 2017 at 1010 hours, PERKINS contacted him from cellular phone number 816-315-1403. PERKINS was allowed to respond back to the restaurant and obtained his final check. Jerry advised PERKINS was wearing some form of jeans and a tan outer coat or jacket. Jerry advised PERKINS then left the restaurant in an unknown direction.

8. PERKINS has not been heard from or seen since leaving the restaurant at approximately 1020 hours on February 15, 2017.

Further affiant saith naught.

_____
Michael Valentine
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me this \_\_17th\_\_ day of February, 2017.

_____
Honorable Sarah W. Hays
United States Chief Magistrate Judge
Western District of Missouri