IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.                                Case No.      17mj26-01-SWH

ALBERT VINCENT PERKINS

_____

AUSA:   David Barnes
Defense Atty.:   William Raymond

| JUDGE: | **Sarah W. Hays** <br> U. S. Magistrate Judge | DATE/TIME: | **2/24/2017** <br> 10:30am-10:40am |
|---|---|---|---|
| DEPUTY CLERK | Traci Chorny | TAPE/REPORTER | FTR/tc |
| INTERPRETER | | PRETRIAL/PROB: | |

## Clerk's Minutes

### PRELIMINARY HEARING

Preliminary examination held.   Government presents evidence and calls witness Michael Valentine, Deputy US Marshall.   Direct and cross examination held.

( x )   Probable cause established; defendant bound over to U.S. District Court for grand
        jury action or other proceedings.

( x )   Defendant remanded to custody of U.S. Marshal.